**FABARC STEEL SUPPLY, INC.,**
**Plaintiff–Appellee,**

**Travelers Indemnity Company**
**of Illinois, Plaintiff,**

v.

**ZURICH AMERICAN INSURANCE**
**COMPANY, Defendant–**
**Appellant.**

No. 04–12064.

D.C. Docket No. 02–00449–CV–PT–1–E.

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2005.

E. Ann McMahan, James P. Rea, Dominick Fletcher, Yeilding Wood & Lloyd, P.A., Birmingham, AL, for Defendant–Appellant.

Joel Scott Isenberg, Smith & Ely, L.L.P., Birmingham, AL, for Plaintiff–Appellee.

Carol A. Smith, Smith & Ely, Birmingham, AL, for Plaintiff.

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

After reviewing the record, the briefs of the parties on appeal and hearing oral argument, we find no error in the thorough and well-reasoned Memorandum Opinion of the district court entered on 10 February 2004. Accordingly, we **AFFIRM** the order of the district court entered on 22 March 2004, filed in accordance with the Memorandum Opinion.